UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERRARD P. CHARLEY,
    Plaintiff,

vs.                                                   Case No.:  3:24cv111/LAC/ZCB

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 28, 2024.  (Doc. 7).  The Court sent plaintiff a copy of the Report and Recommendation at his record address and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed

Having considered the Report and Recommendation, and any timely filed objections, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 7) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court and failure to keep the Court apprised of his current address.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 26th day of June, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**